**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **LEVI HOFFPAUIR** | § | |
| | § | |
| v. | § | NO. 1:13-CV-653 |
| | § | |
| **TEMPLE-INLAND, INC. AND** | § | |
| **INTERNATIONAL PAPER COMPANY** | § | |

**ORDER OF DISMISSAL**

The "Plaintiff's Motion to Dismiss with Prejudice" (Doc. No. 17) is accepted. Accordingly, the above case is dismissed with prejudice with each party to bear its own costs of court. The Clerk is directed to close the case and deny all pending motions as moot.

SIGNED this 28th day of April, 2014.

_____
Zack Hawthorn
United States Magistrate Judge